UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA GONZALEZ,<br><br>Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25-CV-5692 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Commissioner's application to appear via videoconference at the oral arguments scheduled for September 2, 2026 at 10:30 am is GRANTED. Oral arguments will now be held on Microsoft Teams for both parties. Both parties should be logged into Microsoft Teams at the scheduled time through the following link:

https://teams.microsoft.com/meet/293115579969668?p=7iBIHRHYCt41leijzb.

DATED:  June 1, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge