**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

VERONICA G.,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 5692 (RFT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2026, Plaintiff's motion for judgment on the pleadings is GRANTED; and the case is REMANDED for further proceedings. The ALJ is directed to (1) develop the record as to likely time off-task, need for redirection, and absenteeism, preferably from a treating source; and (2) reassess the corresponding availability of suitable jobs that exist in significant numbers in the national economy with a VE, particularly in light of any new evidence about the likely time off-task, need for redirection, and absenteeism; accordingly, the case is closed.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**